Georgia A. Staton, Bar #004863
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7854
gstaton@jshfirm.com

Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SHARLINE KRAUSE, individually and on behalf of all statutory beneficiaries of DREY KRAUSE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MOHAVE COUNTY, ARIZONA; MOHAVE COUNTY SHERIFF DOUGLAS SCHUSTER AND CYNTHIA SCHUSTER; JORDAN T. SELMANSON; ASHLEY N. SELMANSON; RICHARD SCHILLER; KATHLEEN SCHILLER,<br><br>Defendants. | NO. 3:17-cv-08185-PCT-JJT<br><br>**DEFENDANTS' DEMAND FOR TRIAL BY JURY** |

Defendants Mohave County, Arizona, Mohave County Sheriff Douglas Schuster and Cynthia Schuster, Jordan T. Selmanson, Ashley N. Selmanson, Richard Schiller and Kathleen Schiller, by and through counsel undersigned, hereby requests trial by jury in the above-captioned matter.

6226988.1

DATED this 31st day of October 2017.

                                            JONES, SKELTON & HOCHULI, P.L.C.

                                            By _____
                                                Georgia A. Staton
                                                40 North Central Avenue, Suite 2700
                                                Phoenix, Arizona  85004
                                                Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Martín Lucero

6226988.1

2