NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sharline Krause, | No. CV-17-08185-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| County of Mohave, *et al.*, | |
| Defendants. | |

At issue is Defendants' Motion to Reschedule/Continue Scheduling Conference (Doc. 13). Upon review and good cause appearing,

IT IS HEREBY ORDERED granting the Motion to Reschedule (Doc. 13) and vacating the Rule 16 Scheduling Conference set in this matter for December 18, 2017, at 2:00 p.m.

IT IS FURTHER ORDERED resetting the Rule 16 Scheduling Conference for **December 8, 2017,** at **2:00 p.m.**, in Courtroom 505, 401 W. Washington Street, Phoenix, AZ 85003, before Judge John J. Tuchi. All other items in the Court's Order of October 30, 2017 (Doc. 10), remain in effect.

Dated this 3rd day of November, 2017.

Honorable John J. Tuchi
United States District Judge