Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SHARLINE KRAUSE, individually and on behalf of all statutory beneficiaries of DREY KRAUSE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MOHAVE COUNTY, ARIZONA; MOHAVE COUNTY SHERIFF DOUGLAS SCHUSTER AND CYNTHIA SCHUSTER; JORDAN T. SELMANSON; ASHLEY N. SELMANSON; RICHARD SCHILLER; KATHLEEN SCHILLER,<br><br>Defendants. | NO. 3:17-cv-08185-PCT-JJT<br><br>**NOTICE OF ASSOCIATION OF COUNSEL WITHIN THE SAME FIRM** |

      Ravi V. Patel, of the law firm of Jones, Skelton & Hochuli, P.L.C., hereby associates as counsel for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller, along with Georgia A. Staton of the same firm.

6296583.1

DATED this 9th day of November 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Ravi V. Patel
Georgia A. Staton
Ravi V. Patel
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Victoria G. Wells

6296583.1

2