1  Georgia A. Staton, Bar #004863
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona 85004
3  Telephone: (602) 263-1700
   Fax: (602) 200-7854
4  gstaton@jshfirm.com

5  Attorneys for Defendants Mohave County,
   Arizona; Mohave County Sheriff Douglas
6  Schuster and Cynthia Schuster; Jordan T.
   Selmanson and Ashley N. Selmanson;
7  Richard Schiller and Kathleen Schiller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SHARLINE KRAUSE, individually and on behalf of all statutory beneficiaries of DREY KRAUSE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MOHAVE COUNTY, ARIZONA; MOHAVE COUNTY SHERIFF DOUGLAS SCHUSTER AND CYNTHIA SCHUSTER; JORDAN T. SELMANSON; ASHLEY N. SELMANSON; RICHARD SCHILLER; KATHLEEN SCHILLER,<br><br>Defendants. | NO. 3:17-cv-08185-PCT-JJT<br><br>**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES TO MANDATORY INITIAL DISCOVERY PILOT PROJECT REQUESTS** |

Defendants, by and through counsel undersigned, hereby give notice of serving Defendants' Responses to Mandatory Initial Discovery Pilot Project Requests via Regular U.S. Mail to Plaintiff c/o Milton W. Hathaway, Esq., Murphy, Schmitt, Hathaway & Wilson, PLLC, P.O. Box 591, Prescott, Arizona 86302

DATED this 29th day of November 2017.

6332905.1

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Georgia A. Staton
Georgia A. Staton
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Martín Lucero