Milton W. Hathaway, Jr., Esq.
AZ State Bar No. 005442
**MURPHY, SCHMITT, HATHAWAY & WILSON, P.L.L.C.**
Attorneys at Law
325 W. Gurley Street, Suite 102
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860
info@mshwlaw.com

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SHARLINE KRAUSE, individually, and on behalf of all statutory beneficiaries of DREY KRAUSE, <br><br> Plaintiff, <br><br> vs. <br><br> MOHAVE COUNTY, ARIZONA; MOHAVE COUNTY SHERIFF DOUGLAS SCHUSTER AND CYNTHIA SCHUSTER; JORDAN T. SELMANSON; ASHLEY N. SELMANSON; RICHARD SCHILLER; KATHLEEN SCHILLER, <br><br> Defendants. | Case No. 3:17-CV-08185-JJT <br><br> **NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND SET OF DISCOVERY** |

///

///

///

///

///

Plaintiff, pursuant to L. R. Civ. 5.2, hereby provides notice that, on January 16, 2018, she mailed her responses to Defendants' second set of discovery requests to counsel for Defendants.

DATED this 16th day of January, 2018.

         MURPHY, SCHMITT, HATHAWAY & WILSON, P.L.L.C.

         By: s/Milton W. Hathaway, Jr.
           Milton W. Hathaway, Jr., Esq.
           Attorneys for Plaintiffs

MURPHY, SCHMITT, HATHAWAY & WILSON, P.L.L.C.
ATTORNEYS AT LAW
Post Office Box 591
Prescott, Arizona 86302-0591
(928) 445-6860

**CERTIFICATE OF SERVICE**

I, Milton W. Hathaway, Jr., an attorney, do hereby certify that on this 16th day of January, 2018, I electronically submitted the foregoing **NOTICE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND SET OF DISCOVERY** using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Georgia A. Staton, Esq.
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
gstaton@jshfirm.com


MURPHY, SCHMITT, HATHAWAY & WILSON, P.L.L.C.


By: s/Milton W. Hathaway, Jr.
Milton W. Hathaway, Jr., Esq.

3