Georgia A. Staton, Bar #004863
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7854
gstaton@jshfirm.com

Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| SHARLINE KRAUSE, individually and on behalf of all statutory beneficiaries of DREY KRAUSE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MOHAVE COUNTY, ARIZONA; MOHAVE COUNTY SHERIFF DOUGLAS SCHUSTER AND CYNTHIA SCHUSTER; JORDAN T. SELMANSON; ASHLEY N. SELMANSON; RICHARD SCHILLER; KATHLEEN SCHILLER,<br><br>Defendants. | NO. 3:17-cv-08185-PCT-JJT<br><br>**NOTICE OF SERVICE OF DEFENDANTS' THIRD SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY PILOT PROJECT REQUESTS** |

Defendants, by and through counsel undersigned, hereby give notice of serving Defendants' Third Supplemental Responses to Mandatory Initial Discovery Pilot Project Requests via Regular U.S. Mail to Plaintiff c/o Milton W. Hathaway, Esq., Murphy, Schmitt, Hathaway & Wilson, PLLC, P.O. Box 591, Prescott, Arizona 86302

DATED this 8th day of March 2018.

6556320.1

|   |   |
|---|---|
| 1 | JONES, SKELTON & HOCHULI, P.L.C. |
| 2 |   |
| 3 | By /s/ Georgia A. Staton |
| 4 | Georgia A. Staton<br>40 North Central Avenue, Suite 2700 |
| 5 | Phoenix, Arizona 85004<br>Attorneys for Defendants Mohave County, |
| 6 | Arizona; Mohave County Sheriff Douglas<br>Schuster and Cynthia Schuster; Jordan T. |
| 7 | Selmanson and Ashley N. Selmanson;<br>Richard Schiller and Kathleen Schiller |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Martín Lucero

6556320.1

2