1    Georgia A. Staton, Bar #004863
     JONES, SKELTON & HOCHULI, P.L.C.
2    40 North Central Avenue, Suite 2700
     Phoenix, Arizona 85004
3    Telephone: (602) 263-1700
     Fax: (602) 200-7854
4    gstaton@jshfirm.com

5    Attorneys for Defendants Mohave County,
     Arizona; Mohave County Sheriff Douglas
6    Schuster and Cynthia Schuster; Jordan T.
     Selmanson and Ashley N. Selmanson;
7    Richard Schiller and Kathleen Schiller

8

### UNITED STATES DISTRICT COURT

9

### DISTRICT OF ARIZONA

10

| | |
|---|---|
| 11   Sharline Krause, individually and on behalf of all statutory beneficiaries of Drey Krause, deceased, | NO. 3:17-cv-08185-PCT-JJT |
| | **NOTICE OF SERVICE OF DEFENDANTS' SIXTH SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY PILOT PROJECT REQUESTS** |

12

                   Plaintiff,

13

14    v.

15    Mohave County, Arizona; Mohave County
     Sheriff Douglas Schuster and Cynthia
16    Schuster; Jordan T. Selmanson; Ashley N.
     Selmanson; Richard Schiller; Kathleen
17    Schiller,

                   Defendants.
18

19

20         Defendants, by and through counsel undersigned, hereby give notice of

21 serving Defendants' Sixth Supplemental Responses to Mandatory Initial Discovery Pilot

22 Project Requests via Regular U.S. Mail to Plaintiff c/o Milton W. Hathaway, Esq.,

23 Murphy, Schmitt, Hathaway & Wilson, PLLC, P.O. Box 591, Prescott, Arizona 86302

24         DATED this 6th day of June 2018.

25

26

27

28

6801936.1

1

JONES, SKELTON & HOCHULI, P.L.C.

2

3

By /s/ Georgia A. Staton

4

Georgia A. Staton
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004

5

Attorneys for Defendants Mohave County,
Arizona; Mohave County Sheriff Douglas

6

Schuster and Cynthia Schuster; Jordan T.
Selmanson and Ashley N. Selmanson;

7

Richard Schiller and Kathleen Schiller

8

**CERTIFICATE OF SERVICE**

9

I hereby certify that on this 6th day of June 2018, I caused the foregoing

10

document to be filed electronically with the Clerk of Court through the CM/ECF System

11

for filing; and served on counsel of record via the Court's CM/ECF system.

12

13

/s/ Martín Lucero

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6801936.1

2