# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Sharline Krause, | No. CV-17-08185-PCT-JJT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| County of Mohave, *et al.*, | |
| Defendants. | |

At issue is Defendants' Motion to Extend Discovery Deadlines (Doc. 36). Upon review and good cause appearing,

IT IS HEREBY ORDERED granting Defendants' Motion (Doc. 36) and extending deadlines as follows:

| Description | Current Deadline (per Doc. 23) | New Deadline |
|---|---|---|
| Disclosure of expert testimony by Plaintiff(s) under Fed. R. Civ. P. 26(a)(2) | 12/14/2018 | **06/14/2019** |
| Disclosure of expert testimony by Defendant(s) under Fed. R. Civ. P. 26(a)(2) | 02/01/2019 | **08/02/2019** |
| Disclosure of rebuttal expert testimony | 03/01/2019 | **08/30/2019** |
| Completion of all fact discovery | 11/02/2018 | **05/03/2019** |

| Description | Current Deadline (per Doc. 23) | New Deadline |
|---|---|---|
| Completion of all pretrial disclosures required under Fed. R. Civ. P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial | 03/29/2019 | **09/27/2019** |
| Closure of all discovery | 04/19/2019 | **10/18/2019** |
| Completing good faith settlement discussions | 05/10/2019 | **11/15/2019** |
| Filing dispositive motions, including *Daubert* Motions | 06/07/2018 | **12/06/2019** |

All other aspects of this Court's Scheduling Order of December 8, 2017 (Doc. 23) shall remain in effect.

Dated this 30th day of July, 2018.

Honorable John J. Tuchi
United States District Judge