1   Georgia A. Staton, Bar #004863
    JONES, SKELTON & HOCHULI, P.L.C.
2   40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
3   Telephone:  (602) 263-1700
    Fax:  (602) 200-7854
4   gstaton@jshfirm.com

5   Attorneys for Defendants Mohave County,
    Arizona; Mohave County Sheriff Douglas
6   Schuster and Cynthia Schuster; Jordan T.
    Selmanson and Ashley N. Selmanson;
7   Richard Schiller and Kathleen Schiller

8

                **UNITED STATES DISTRICT COURT**
9
                    **DISTRICT OF ARIZONA**
10

11  | Ryan Andrew Krause, individually and on behalf of all statutory beneficiaries of Drey Krause, deceased, | NO. 3:17-cv-08185-PCT-JJT |
    |---|---|
    |  | **NOTICE OF SERVICE OF DEFENDANTS' EIGHTH SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY PILOT PROJECT REQUESTS** |
    | Plaintiff, |  |
    | v. |  |
    | Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson; Ashley N. Selmanson; Richard Schiller; Kathleen Schiller, |  |
    | Defendants. |  |

19

20          Defendants, by and through counsel undersigned, hereby give notice that on

21  November 27, 2018 they served their Eighth Supplemental Responses to Mandatory

22  Initial Discovery Pilot Project Requests via U.S. Mail to Plaintiff c/o Mark N. Goodman,

23  Esq., Goodman Law Firm, P.O. Box 249, Prescott, Arizona 86302.

24

25

26

27

28

7203229.1

DATED this 28th day of November 2018.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Ravi V. Patel
   Georgia A. Staton
   Ravi V. Patel
   40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
   Attorneys for Defendants Mohave County,
   Arizona; Mohave County Sheriff Douglas
   Schuster and Cynthia Schuster; Jordan T.
   Selmanson and Ashley N. Selmanson;
   Richard Schiller and Kathleen Schiller

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November 2018, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/  Martin Lucero

7203229.1

2