Georgia A. Staton, Bar #004863
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7854
gstaton@jshfirm.com

Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Andrew Krause, individually and on behalf of all statutory beneficiaries of Drey Krause, deceased,<br><br>Plaintiff,<br><br>v.<br><br>Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson; Ashley N. Selmanson; Richard Schiller; Kathleen Schiller,<br><br>Defendants. | NO. 3:17-cv-08185-PCT-JJT<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendants, by and through counsel undersigned, hereby give notice of serving Defendant Jordan Thomas Selmanson's Responses to Plaintiffs' Fifth Request for Admissions via regular U.S. Mail to Plaintiff c/o Mark N. Goodman, Esq., Goodman Law Firm, P.O. Box 2489, Prescott, Arizona 86302-2489 and via email at mark@goodmanlaw.com.

DATED this 3rd day of January, 2019.

7272757.1

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Georgia A. Staton
Georgia A. Staton
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Martín Lucero