Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com

*Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Andrew Krause, individually and on behalf of all statutory beneficiaries of Drey Krause, deceased,<br><br>Plaintiff,<br><br>v.<br><br>Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson; Ashley N. Selmanson; Richard Schiller; Kathleen Schiller,<br><br>Defendants. | NO. 3:17-cv-08185-PCT-JJT<br><br>**NOTICE OF SERVICE OF DEFENDANTS' AMENDED FIFTEENTH SUPPLEMENTAL RESPONSES TO MANDATORY INITIAL DISCOVERY PILOT PROJECT REQUESTS** |

Defendants, by and through counsel undersigned, hereby give notice that they have served their **Amended Fifteenth Supplemental** Responses to Mandatory Initial Discovery Pilot Project Requests via U.S. Mail to all counsel of record in this matter.

DATED this 3rd day of July, 2019.

7716927.1

JONES, SKELTON & HOCHULI, P.L.C.


By s/ Georgia A. Staton
Georgia A. Staton
Ravi V. Patel
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Defendants Mohave County, Arizona; Mohave County Sheriff Douglas Schuster and Cynthia Schuster; Jordan T. Selmanson and Ashley N. Selmanson; Richard Schiller and Kathleen Schiller*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

s/ Kathryn Fitchett

7716927.1

2