Mark N. Goodman/5124
**GOODMAN LAW FIRM**
P.O. Box 2489
Prescott, AZ 86302-2489
928/445-3230
mark@goodmanlaw.com
www.goodmanlaw.com
Attorney for Ryan A. Krause

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Andrew Krause, individually, and on behalf of all statutory beneficiaries of Drey Krause,<br><br>Plaintiff,<br><br>vs.<br><br>Mohave County, Arizona; Douglas Lee Schuster, Mohave County Sheriff and Cynthia Schuster, husband and wife; Jordan Thomas Selmanson and Ashley Link Selmanson, husband and wife; Richard Michael Schiller and Kathleen Ann Schiller, husband and wife,<br><br>Defendants. | Case No. CV-17-8185-PCT-SMB<br><br>**NOTICE REGARDING ELECTRONIC EXHIBITS** |

Plaintiff Ryan Andrew Krause, through counsel, hereby gives notice of sending a USB drive with electronic files related to plaintiff's motion for partial summary judgment (Doc 121) to the chambers of the Honorable Susan M. Brnovich, with a duplicate USB drive to counsel for defendants and to counsel for plaintiff's expert witness, David M. Lauck.

///

///

-1-

Dated the 6th day of December 2019.

> GOODMAN LAW FIRM
> By: /s/ Mark N. Goodman
> Mark N. Goodman
> **GOODMAN LAW FIRM**
> P.O. Box 2489
> Prescott, AZ 86302-2489
> (928) 445-3230
> *Attorney for Ryan Andrew Krause*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2019, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF system for filing; and served on counsel of record via the Court's CM/ECF System.

> GOODMAN LAW FIRM
> By: /s/ Mark N. Goodman