# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Andrew Krause, individually, and on behalf of all statutory beneficiaries of Drey Krause, deceased<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Mohave County, Arizona; Douglas Lee Schuster, Mohave County Sheriff and Cynthia Schuster, husband and wife; Jordan Thomas Selmanson and Ashley Link Selmanson, husband and wife; Richard Michael Schiller and Kathleen Ann Schiller, husband and wife,<br><br>　　　　　　　　Defendants | NO. 3:17-cv-08185-PCT-JJT<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

Counsel for expert witness David Lauck, having submitted his Motion to Withdraw as attorney of record in this Cause, and it appearing that all requirements of Rule 83.3 of the Local Rules of Civil Procedure for the District of Arizona have been satisfied,

IT IS HEREBY ORDERED that David Lauck's Motion to Withdraw as Counsel is granted.