IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan Andrew Krause, et al., | No. CV-17-08185-PCT-SMB |
| Plaintiffs, | JUDGMENT ON TAXATION OF COSTS |
| v. | |
| County of Mohave, et al., | |
| Defendants, | |

Final Judgment having been entered, defendants filed a Bill of Costs on May 28, 2020, seeking the taxation of $7,486.60. No objection was filed. The matter has been reviewed and all costs have been awarded.

The costs are hereby taxed for the defendants and against the plaintiff in the amount of $7,486.60.

DATED this 19th day of August 2020
DEBRA D. LUCAS, CLERK

By: _____
Michael O'Brien
Chief Deputy Clerk